IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:94cr62-MHT |
| **MARY MORROW** | ) | (WO) |

## ORDER

Upon an independent and de novo review of the record, including the recommendation of the Retroactivity Screening Committee, which was adopted, it is ORDERED that defendant Mary Morrow's motions for reduction of sentence (doc. nos. 1931, 1959, & 1995) are denied.

The United States Sentencing Commission's retroactive amendment to the federal sentencing guideline ranges for offenses involving cocaine base or crack cocaine does not apply to defendant Morrow's guideline sentence.  Although one of her counts of

conviction was for conspiracy to possess with intent to distribute cocaine and cocaine base, she was not held accountable in her guideline sentence for any cocaine base involved in the conspiracy.

DONE, this the 21st day of August, 2008.

                                            <u>/s/ Myron H. Thompson</u>
                                      UNITED STATES DISTRICT JUDGE